IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS,
JONESBORO DIVISION

ARMEN KHANZETYAN                                                                PLAINTIFF

VS.                              NO. :05CV00088 WRW

CITY OF WEST MEMPHIS, ARKANSAS, MAYOR
WILLIAM H. JOHNSON, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY,
PATROLMAN JOSEPH BAKER,
INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY,
and CHIEF BOB PAUDERT, INDIVIDUALLY, AND
IN HIS OFFICIAL CAPACITY                                                        DEFENDANTS

## STIPULATION OF DISMISSAL TO RULE 41
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

Comes now the parties herein and hereby stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure to a voluntary dismissal of the present action. The parties agree and state to the court that this dismissal is WITHOUT PREJUDICE.

_____
Honorable William J. Wilson

APPROVED AS TO FORM:

_____
Bill Stanley

_____
Rob Beard